

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00133-CV

| | | |
|---|---|---|
| Yundlander Jones | § | From the 325th District Court |
| | § | of Tarrant County (325-507689-11) |
| v. | § | August 21, 2014 |
| Claude Jones | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment granting the parties' divorce. We reverse the remainder of the trial court's judgment and remand this case to the trial court for a new trial on the division of the community estate.

It is further ordered that appellee Claude Jones, shall pay all costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM